MARTHA E. WALLIS, as Administratrix of the Estate of OWEN R. WALLIS, Deceased, Respondent, *v.* NORTH AMERICAN CEMENT CORPORATION, Appellant.

(Argued December 6, 1932; decided January 10, 1933.)

*P. C. Dugan* and *Thomas J. Burke* for appellant.

*James A. Leary* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.